UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | | |
|---|---|---|
| WALEED MOHAMED | ) | Case No. 1:11-cv-00511-DNH-RFT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF ACCEPTANCE OF** |
| | ) | **OFFER OF JUDGMENT** |
| | ) | |
| COLLECTO, INC. DBA EOS CCA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOW COMES PLAINTIFF, by and through his attorney, Dennis R. Kurz, pursuant to Federal Rule of Civil Procedure 68 and hereby accepts Defendant Collecto, Inc.'s offer of judgment, which is attached hereto as Exhibit A.

This 24th day of June, 2011.

ATTORNEYS FOR PLAINTIFF
*Waleed Mohamed*

Respectfully submitted,

s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
300 International Drive, Suite 100
Williamsville
 Buffalo, NY 14221
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Filed electronically on this 24th day of June, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 24th day of June, 2011 to:

Mr. Marc H. Goldberg
Phillips Lytle, LLP
Omni Plaza
30 South Pearl Street
Albany NY 12207


s/Tremain Davis
Tremain Davis