U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 04 2011

LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

WALEED MOHAMED

                Plaintiff,

v.

COLLECTO, INC. d/b/a EOS CCA

                Defendant.

---

**OFFER OF JUDGMENT**

Civ. No. 1:11-CV-0511
(DNH/RFT)

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendant Collecto, Inc. d/b/a EOS CCA ("Collecto"), hereby offers to allow judgment be taken against it in this action in favor of plaintiff, Waleed Mohamed, in the amount of One Thousand One and 00/100 ($1001.00) dollars (inclusive of all claims for damages, compensatory, statutory or otherwise), plus costs and reasonable attorneys' fees to the date of this offer—except that no costs or attorneys' fees incurred after the date hereof may be awarded to plaintiff if this offer of judgment is accepted, with the exception of attorneys' fees associated with negotiating and/or establishing fees relative to concluding this matter—by agreement of the parties, or by determination of the Court upon application.

        This offer of judgment is made for purposes specified in Rule 68, and is not to be construed either as an admission that defendant has any liability in this action, or that plaintiff has suffered any damage.

DATED:      Albany, New York
            June 10, 20111

PHILLIPS LYTLE LLP

By: _____
Marc H. Goldberg, Esq.
(Bar Roll No.: 101803)
John G. Schmidt Jr.
(Bar Roll No.: 514854)
Attorneys for Defendant
Collecto, Inc.
Omni Plaza
30 South Pearl Street
Albany, New York 12207
Phone: (518) 472-1224
Fax: (518) 472-1227
mgoldberg@phillipslytle.com
jschmidt@phillipslytle.com

To:   Dennis R. Kurz, Esq.
      Attorneys for Plaintiff
      5025 N. Central Ave. #602
      Phoenix, AZ 85012

Doc # 06-58330.1

SO ORDERED:

_____
DAVID N. HURD
United States District Judge
Dated: 8/4/2011
Utica, NY