UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | | |
|---|---|---|
| WALEED MOHAMED | ) | Case No. 1:11-cv-00511-DNH-RFT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SATISFACTION** |
| | ) | **OF JUDGMENT** |
| | ) | |
| COLLECTO, INC. DBA EOS CCA | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice is hereby given that judgment in this matter has been fully satisfied.

This 11th day of November, 2011.

ATTORNEYS FOR PLAINTIFF
*Waleed Mohamed*

Respectfully submitted,

s/Dennis R. Kurz
Dennis R. Kurz
NY Bar No. 4570453
**Weisberg & Meyers, LLC**
Attorneys for Plaintiff
300 International Drive, Suite 100
Williamsville
 Buffalo, NY 14221
(888) 595-9111 ext. 412
(866) 842-3303 (fax)
dkurz@attorneysforconsumers.com

Filed electronically on this 11th day of November, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 11th day of November, 2011 to:

Mr. Marc H. Goldberg
Phillips Lytle, LLP
Omni Plaza
30 South Pearl Street
Albany NY 12207


<u>s/Tremain Davis</u>
Tremain Davis